**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN THOMAS, individually and on behalf of all others similarly situated, | ) ) ) ) Case No.  1:25-cv-02299-RLY-MG ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON, | |
| Defendants. | |

**MOTION OF TRACY TRIPP FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Tracy Tripp ("Tripp") respectfully moves this Court for

an order: (1) appointing Tripp as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities

Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private

Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Tripp's selection of

Glancy Prongay & Murray LLP as Lead Counsel and Stoll Keenon Ogden PLLC as Liaison

Counsel for the class; and (3) granting such other relief as the Court may deem to be just and

proper (the "Motion").

Tripp seeks appointment as lead plaintiff and approval of her choice of counsel pursuant

to the Exchange Act and the PSLRA. This motion is based on this notice, the attached

memorandum of law, the declaration of Offer Korin, and the Court's complete files and records in

this action, as well as such further argument as the Court may allow at a hearing on this motion.

1

Dated:  January 9, 2026

Respectfully submitted,

*Offer Korin*
Offer Korin, No. 14014-49
Brooke Smith, No. 32427-03
STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN  46204-1708
Office:  317-464-1100; Fax:  317-464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com

*Liaison Counsel for Tracy Tripp and Proposed Liaison Counsel for the Class*

Charles H. Linehan (PHV to be Filed)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150; Fax: (310) 201-9160
clinehan@glancylaw.com

*Counsel for Tracy Tripp and Proposed Lead Counsel for the Class*

Frank R. Cruz
THE LAW OFFICES OF FRANK R. CRUZ
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

## CERTIFICATE OF SERVICE

I certify that on **January 9, 2026**, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to registered parties by operation of the Court's ECF.  Parties may access this filing through the Court's system.

*Offer Korin*
Offer Korin


STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN  46204-1708
Office:  317-464-1100; Fax:  317-464-1111