**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN THOMAS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No.  1:25-cv-02299-RLY-MG ) ) |
| v. | ) ) |
| TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON, | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER MOTION OF TRACY TRIPP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Having considered the Motion of Tracy Tripp for Appointment as Lead Plaintiff and

Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The Court, having considered the provisions of the Private Securities Litigation

Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Tracy Tripp as Lead Plaintiff; and

3.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's

selection of Glancy Prongay & Murray LLP as Lead Counsel and Stoll Keenon Ogden PLLC as

Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                HON. RICHARD L. YOUNG
                                                UNITED STATES DISTRICT JUDGE

Distribution:  all counsel of record via ECF

1