**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN THOMAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>Defendants. | **Case No: 1:25-cv-02299-RLY-MG**<br><br>**Judge Richard L. Young**<br><br>**CLASS ACTION** |

**NOTICE OF MOTION AND MOTION OF SONG CHEE TAN TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Song Chee Tan ("Movant") hereby moves this Court, the Honorable Richard L. Young, on a date and at a time to be designated by the Court, for an order:

(a)    appointing Movant to serve as Lead Plaintiff in this action; and

(b)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Williams Law Group, LLC as Liaison Counsel for the putative class.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated January 9, 2026; (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel; and (iii) the Declaration of Brad A. Catlin in Support of the Motion of Song Chee Tan for Appointment as Lead Plaintiff and Approval of His Selection of Counsel (and exhibits).

1

Dated: January 9, 2026                Respectfully submitted,

                                      */s/ Brad A. Catlin*
                                      Brad A. Catlin, Atty. No. 21570-29
                                      **WILLIAMS LAW GROUP, LLC**
                                      1101 N. Delaware Street
                                      Indianapolis, Indiana 46202
                                      Phone: (317) 633-5270
                                      Email: brad@williamsgroup.law

                                      *[Proposed] Liaison Counsel for*
                                      *Lead Plaintiff and Class*

                                      **THE ROSEN LAW FIRM, P.A.**
                                      Phillip Kim, Esq.
                                      Laurence M. Rosen, Esq.
                                      275 Madison Avenue, 40th Floor
                                      New York, NY 10016
                                      Telephone: (212) 686-1060
                                      Fax: (212) 202-3827
                                      Email: philkim@rosenlegal.com
                                              lrosen@rosenlegal.com

                                      *[Proposed] Lead Counsel for*
                                      *Lead Plaintiff and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brad A. Catlin*