**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN THOMAS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>    Defendants. | **Case No: 1:25-cv-02299-RLY-MG**<br><br>**Judge Richard L. Young**<br><br>**CLASS ACTION** |

**DECLARATION OF BRAD A. CATLIN IN SUPPORT OF THE MOTION OF SONG CHEE TAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

Brad A. Catlin hereby declares as follows:

1.      I am an attorney with Williams Law Group, LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Song Chee Tan ("Movant") for appointment as Lead Plaintiff for the Class and approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Williams Law Group, LLC as Liaison Counsel for the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

1

6.        Attached hereto as Exhibit 5 is a copy of the firm resume of Williams Law Group LLC.

7.        I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2026.

*/s/ Brad A. Catlin*
Brad A. Catlin

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Brad A. Catlin*