# Exhibit 1



Newsroom    Services & Solutions ⌄    Resources ⌄    For Journalists    Sign In    **Sign Up**

Nov 10, 2025 6:00 PM Eastern Standard Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Telix Pharmaceuticals Ltd. Investors – TLX

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Telix Pharmaceuticals Ltd. (NASDAQ: TLX) between February 21, 2025 and August 28, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Telix investors under the federal securities laws.

To join the Telix class action, go to https://rosenlegal.com/submit-form/?case_id=43778 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653 🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

**THE ROSEN LAW FIRM, P.A.**

📈 NASDAQ:TLX

**RELEASE VERSIONS**

English

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.

case@rosenlegal.com for information on the class action.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Defendants materially overstated the progress Telix had made with regard to prostate cancer therapeutic candidates; (2) Defendants materials overstated the quality of Telix's supply chain and partners; and (3) as a result, defendants statements about Telix's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all

Share

that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 9, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=43778 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT

THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved, at that time, the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

[case@rosenlegal.com](mailto:case@rosenlegal.com)

[www.rosenlegal.com](http://www.rosenlegal.com)

**Industry:**     [Class Action Lawsuit](#)    [Professional Services](#)    [Legal](#)

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

## Rosen Law Firm Encourages Lakeland Industries, Inc. Investors to Inquire About Securities Class Action Investigation – LAKE

NEW YORK--([BUSINESS WIRE](#))--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Lakeland Industries, In...

## KMX Deadline Tomorrow: Rosen Law Firm Encourages CarMax, Inc. Investors to Secure