# Exhibit 3

**Telix Pharmaceuticals Ltd.**
**Class Period: February 21, 2025 through August 28, 2025, inclusive**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | | | $9.92 |
| Song Chee Tan | 8/19/2025 | 220 | ($11.35) | ($2,497.00) | 9/10/2025 | 564 | $9.33 | $5,262.12 | | | | |
| | 8/26/2025 | 908 | ($12.54) | ($11,386.32) | 9/19/2025 | 564 | $9.78 | $5,515.92 | | | | |
| | | 1,128 | | ($13,883.32) | | 1,128 | | $10,778.04 | | | ($3,105.28) | |