# Exhibit 5

# Williams Law Group

Williams Law Group, LLC ("WLG") is located in Indianapolis, Indiana and devotes 100% of its practice to litigation, with a substantial portion of its practice specifically devoted to class-action litigation. WLG has been able to obtain substantial results on behalf of its clients.

## REPRESENTATIVE TRIAL EXPERIENCE

Williams Law Group and its attorneys have been able to obtain very favorable results in many actions, including:

- Mr. Catlin was class counsel in *Barfield v. Sho-Me Power Electric Cooperative*, a certified Missouri landowner class action arising from installation of fiber optic cable along electric transmission lines without obtaining proper easements. That case resulted in a settlement with one defendant of $6.5 million, and has twice been tried to a jury against a different defendant, resulting in verdicts of over $79 million (in 2015) and over $130 million (in 2017).

- Mr. Catlin represented the plaintiff in *Gumwood HP Shopping Partners, L.P. v. Simon Property Group, Inc.*, an antitrust claim by a real estate developer headquartered in South Bend against Simon Property Group. The case was tried to a jury over three weeks in June 2018 and resulted in a verdict for my client for $2.4 million.

- Mr. Catlin represented a roofing contractor in *State Farm Fire & Casualty Company v. Radcliff*, a case involving crossclaims between an insurance company and the roofing contractor. After a jury trial that took almost six weeks, the jury rendered a verdict for my client for $14.5 million.

- Mr. Catlin represented a company in a complex legal malpractice trial against one of Indiana's largest law firms, obtaining a judgment totaling $930,000.00.

- Mr. Catlin represented the plaintiffs in *Marten v. Swain*, a federal civil rights action against representatives of the Indiana Attorney General's office and the Indiana Department of Revenue. This case was settled in 2017 for $3 million.

Both Mr. Catlin and the rest of WLG's attorneys have additional and extensive trial experience.



## REPRESENTATIVE CLASS ACTION EXPERIENCE

- Mr. Catlin was class counsel in the *Barfield* case discussed above.

- Mr. Catlin served as class counsel in *Maas v. Penn Central Corp.*, a certified Ohio landowner class action arising from the sale by Penn Central of abandoned railroad right-of-way.

- Mr. Catlin was appointed as class counsel in *Kartman v. State Farm Mutual Automobile Insurance Co.*, a class action against an insurer for its hail adjustment policies and practices following a 2006 hailstorm in Central Indiana.

- WLG was co-lead counsel successfully representing more than 30 individual state classes against various telecommunications companies for the unauthorized laying of co-axial able in both abandoned and active rights away. The value of the fund created for the class members will total approximately $120 million.

- WLG served as lead counsel in *Robertson, et al. v. Farmers Union Mutual Insurance Company, Inc.*, Case No. CV-2008-217 (Pope County, Arkansas Circuit Court). WLG successfully defended the trial court's class certification decision before the Arkansas Supreme Court. This case was successfully settled after the Arkansas Supreme Court affirmed the trial court's decision.

- WLG served as co-lead counsel in *In re RC2 Toy Lead Paint Prod. Liab. Litig.*, MDL No. 1893 (N.D. Ill.), which resulted in a successful class-wide settlement.

- WLG served as class counsel for a certified class of Indiana consumers in *Thacker, et al. v. Cape Canaveral, et al.*, Cause No. 49D03-0207-CT-001148 (Superior Court of Marion County, Indiana), which resulted in a successful class-wide settlement.

## Williams Law Group

## WLG's Attorneys

**Brad A. Catlin.** Brad Catlin has a broad range of experience representing individuals and businesses seeking compensation in complex litigation. Mr. Catlin focuses his practice on trial work in complex actions, including legal malpractice, civil rights cases, antitrust, complex commercial disputes, and class-action litigation.

Mr. Catlin has experience in all stages of class action litigation, successfully handling all aspects of class certification, including the briefing, arguing, and obtaining of class certification in the trial court, and protecting a successful class certification on appeal. He has also had the rare experience of trying class action cases to a jury on multiple occasions.

Mr. Catlin has been recognized as an Indiana Super Lawyers Rising Star and writes a column for the Verdict, the quarterly publication of the Indiana Trial Lawyers. He is also a frequent speaker for a variety of legal organizations, including the Indianapolis Law Club and the Indiana Trial Lawyers Association.

**Joseph N. Williams.** Selected as the Best Lawyers in America 2026 "Lawyer of the Year" in plaintiff's personal injury litigation and admitted as a Fellow to the American College of Trial Lawyers, Joe Williams handles complex lawsuits. His ability to communicate with juries transforms complex issues into clear narratives, establishing him as one of the nation's premier trial advocates.

Joe has secured some of the largest jury verdicts in Indiana history:

- $112.4 million verdict against Medtronic. Williams represented a surgeon-inventor who was cheated by medical device giant Medtronic, achieving the 2nd largest verdict in Indiana history.

- $14.5 million defamation verdict against State Farm. Williams represented a roofer wrongfully accused of insurance fraud by State Farm, securing the largest defamation verdict in Indiana history after proving State Farm withheld and altered evidence.

- $3 million verdict for medical device injury. Williams secured compensation for a former school bus driver injured by a defective Cook Medical IVC filter.



## Williams Law Group

National publications including USA Today, the Indianapolis Business Journal, Law.com, and the Indianapolis Star have reported Joe's trial successes.

RONALD J. WAICUKAUSKI.  Ron Waicukauski is a trial lawyer whose practice focuses on plaintiffs' complex litigation including matters involving business disputes, property rights, professional malpractice, and class actions. He has tried more than seventy jury cases to verdict as lead counsel in both state and federal courts. He has been recognized in Best Lawyers in America (2006-2025) and Indiana Super Lawyers (2004-2025) and with an AV Rating from Martindale-Hubbell. Mr. Waicukauski was also selected for the Indiana Lawyer 2016 Leadership in Law Distinguished Barrister Award.

Mr. Waicukauski received his bachelor degree with Distinction from Northwestern University, his J.D. degree from Harvard University where he was named Best Oralist in the Ames Moot Court Competition, and an LL.M. degree, with Highest Honors, from George Washington University. He has taught trial and appellate advocacy at the Indiana University Schools of Law in Bloomington and Indianapolis, and has served on the faculties of the National Institute of Trial Advocacy and the Defense Counsel Trial Academy.

Mr. Waicukauski has also served as President of the Indianapolis American Inn of Court, as Chair of the Continuing Legal Education Board of the International Association of Defense Counsel, and as Co-chair of the Training the Advocate Committee, Litigation Section, American Bar Association. He formerly was a JAG and Captain in the U.S. Marine Corps and served as the elected Prosecuting Attorney in Monroe County, Indiana.

CAROL NEMETH JOVEN. Carol Joven is a trial lawyer whose practice focuses on plaintiffs' complex litigation including matters involving business disputes, property rights, professional malpractice, and class actions

Ms. Joven has extensive trial and appellate experience and is an active member of the local legal community.

*Office* 317.633.5270
WilliamsGroup.law



1101 N Delaware Street
Indianapolis, IN 46202