UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN THOMAS,<br>Tracy Tripp,<br>Song Chee Tan, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:25-cv-02299-RLY-MG |
| TELIX PHARMACEUTICALS LTD,<br>CHRISTIAN P BEHRENBRUCH,<br>DARREN SMITH,<br>KYAHN WILLIAMSON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF CASE REASSIGNMENT

The Court, *sua sponte*, now orders this case randomly reassigned due to the requirements of workload pursuant to S.D. Ind. L.R. 40-1(f). The Clerk is directed to randomly reassign the case to another district judge. No magistrate judge reassignment shall occur.

Date: 1/12/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to electronically registered counsel by CM/ECF.