**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN THOMAS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>        Defendants. | Case No.: 1:25-cv-02299-TWP-MG<br><br>**JOINT MOTION REGARDING INITIAL SCHEDULE** |

Defendant Telix Pharmaceuticals Ltd. ("Telix") and Plaintiff John Thomas respectfully request that the Court enter an order governing initial pleading and scheduling matters in this Action. In support of this motion, Telix and Plaintiff state the following:

1.      On November 10, 2025, Plaintiff in the above-captioned action (the "Action") filed a putative class action complaint alleging claims against Defendants Telix Pharmaceuticals Ltd., Christian P. Behrenbruch, Darren Smith, and Kyahn Williamson (collectively, the "Defendants") pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA").

2.      In accordance with the PSLRA, counsel for Plaintiff published notice to the putative class of the pendency of the Action on November 10, 2025, thereby setting the Lead Plaintiff deadline as January 9, 2026, *see* 15 U.S.C. § 78u-4(a)(3)(A).

3.      On January 9, 2026, Song Chee Tan and Tracy Tripp filed separate motions seeking appointment as Lead Plaintiff and approval of their respective selections of counsel as Lead Counsel.

4.      On January 23, 2026, Tan and Tripp filed a stipulation requesting appointment as Co-

Lead Plaintiffs and approval of their selection of Co-Lead Counsel.

5.    The Court has not yet appointed one or more Lead Plaintiffs.

6.    Telix and Plaintiff anticipate that, once appointed by the Court, the Lead Plaintiff(s) will file an amended complaint and that Defendants will file motion(s) to dismiss in response thereto.

7.    Telix and Plaintiff agree that, because the pleadings are not yet set, it is in the interest of efficiency and conservation of resources to extend Defendants' time to answer or otherwise plead until after the operative complaint is filed.

8.    There have been no prior requests for an extension of time.

WHEREFORE, Telix and Plaintiff respectfully request that the Court enter an order providing that (1) Defendants shall not be required to answer or otherwise respond to the complaint (ECF No. 1) and (2) within fourteen (14) days of the Court's entry of an Order appointing Lead Plaintiff(s) and approving Lead Counsel in this Action, Lead Counsel and counsel for Defendants shall meet and confer and submit a proposed schedule for the filing of a consolidated and/or amended complaint and for Defendants' anticipated motion(s) to dismiss.

Dated: February 9, 2026

By: /s/ *Jacob V. Bradley*

Jacob V. Bradley
Lucy R. Dollens
QUARLES & BRADY LLP
135 N. Pennsylvania St., Suite 2400
Indianapolis, IN 46204
Telephone: (317) 957-5000
Fax: (317) 957-5010
jacob.bradley@quarles.com
lucy.dollens@quarles.com

Nilofer Umar (*pro hac vice* forthcoming)
Heather Benzmiller Sultanian (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP

Respectfully submitted,

By: /s/ *Matthew Siben*

Brad A. Catlin, Atty No. 21570-29
WILLIAMS LAW GROUP, LLC
1101 N. Delaware Street
Indianapolis, IN 46202
Phone: (317) 633-5270
brad@williamsgroup.law

*Liaison Counsel for Plaintiff*

Phillip Kim (*pro hac vice* forthcoming)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060

2

One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
numar@sidley.com
hsultanian@sidley.com

*Counsel for Telix Pharmaceuticals Ltd.*

Fax: (212) 202-3827
philkim@rosenlegal.com

Matthew Siben (*pro hac vice* forthcoming)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684
msiben@rosenlegal.com

*Counsel for Plaintiff*