**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN THOMAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>Defendants. | Case No.: 1:25-cv-02299-TWP-MG |

**[PROPOSED] ORDER**

The Court, having reviewed the Joint Motion Regarding Initial Schedule, and being duly advised, hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that Defendants shall not be required to answer or otherwise respond to the complaint (ECF No. 1). Within fourteen (14) days of the Court's entry of an Order appointing Lead Plaintiff(s) and approving Lead Counsel in this Action, Lead Counsel and counsel for Defendants shall meet and confer and submit a proposed schedule for the filing of a consolidated and/or amended complaint and for Defendants' anticipated motion(s) to dismiss.

**IT IS SO ORDERED** this _____ day of _____, 2026.

 

_____
Hon. Tanya Walton Pratt
United States District Judge
Southern District of Indiana

Service on all ECF-registered counsel via email generated by the Court's ECF system.