**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| JOHN THOMAS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>　　　　Defendants. | Case No.: 1:25-cv-02299-JRO-MG<br><br>**JOINT MOTION REGARDING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND MOTION(S) TO DISMISS** |

Defendants Telix Pharmaceuticals Ltd., Christian Behrenbruch, Darren Smith, and Kyahn Williamson ("Defendants") and Court-appointed co-Lead Plaintiffs Song Chee Tan and Tracy Tripp ("Plaintiffs") respectfully request that the Court enter an order governing the filing of Plaintiffs' Consolidated Complaint and Defendants' anticipated motion(s) to dismiss. In support of this motion, Defendants and Plaintiffs state the following:

1.　　　On November 10, 2025, Plaintiff John Thomas in the above-captioned action (the "Action") filed a putative class action complaint alleging claims against Defendants pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA").

2.　　　In accordance with the PSLRA, the Court appointed co-Lead Plaintiffs on February 24, 2026, and, on that same date, ordered Plaintiffs and Defendants to meet and confer within fourteen (14) days and "submit a proposed schedule for the filing of a consolidated and/or amended complaint and for Defendants' anticipated motion(s) to dismiss." (ECF No. 43 at 6.)

3.　　　The Parties have met and conferred.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter an order providing that (i) Plaintiffs shall file a Consolidated Complaint on or before April 27, 2026; (ii) Defendants shall file answer(s) or motion(s) to dismiss the Consolidated Complaint on or before June 26, 2026; (iii) Plaintiffs shall file opposition brief(s) to any motion(s) to dismiss on or before August 25, 2026; and (iv) Defendants shall file reply brief(s) in support of any motion(s) to dismiss on or before October 9, 2026.

Dated: March 3, 2026                              Respectfully submitted,

By: /s/ *Nilofer Umar*                            By: /s/ *Brad S. Catlin*

Nilofer Umar (*pro hac vice*)                     Brad A. Catlin, Atty No. 21570-29
Heather Benzmiller Sultanian (*pro hac vice*)     WILLIAMS LAW GROUP, LLC
SIDLEY AUSTIN LLP                                 1101 N. Delaware Street
One South Dearborn Street                         Indianapolis, IN 46202
Chicago, IL 60603                                 Phone: (317) 633-5270
Telephone: (312) 853-7000                         brad@williamsgroup.law
Fax: (312) 853-7036
numar@sidley.com                                  *Liaison Counsel for co-Lead Plaintiff Song Chee Tan*
hsultanian@sidley.com                             *and the Class*

Jacob V. Bradley                                  Phillip Kim (*pro hac vice*)
Lucy R. Dollens                                   THE ROSEN LAW FIRM, P.A.
QUARLES & BRADY LLP                               275 Madison Avenue, 40th Floor
135 N. Pennsylvania St., Suite 2400               New York, NY 10016
Indianapolis, IN 46204                            Telephone: (212) 686-1060
Telephone: (317) 957-5000                         Fax: (212) 202-3827
Fax: (317) 957-5010                               philkim@rosenlegal.com
jacob.bradley@quarles.com
lucy.dollens@quarles.com                          Matthew Siben (*pro hac vice*)
                                                  THE ROSEN LAW FIRM, P.A.
*Counsel for Telix Pharmaceuticals Ltd.*          355 South Grand Avenue, Suite 2450
*Christian Behrenbruch, Darren Smith, and*        Los Angeles, CA 90071
*Kyahn Williamson*                                Telephone: (213) 785-2610
                                                  Fax: (213) 226-4684
                                                  msiben@rosenlegal.com

                                                  *Counsel for co-Lead Plaintiff Song Chee Tan co-*
                                                  *Lead Counsel for the Class*

2

**STOLL KEENON OGDEN PLLC**
Offer Korin, No. 14014-49
Brooke Smith, No. 32427-0
334 N. Senate Avenue
Indianapolis, IN 46204-1708
Office: 317-464-100;
Fax: 317-464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com

*Liaison Counsel for co-Lead Plaintiff Tracy Tripp and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice* to be filed)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150;
Fax: (310) 201-9160
clinehan@glancylaw.com

*Counsel for co-Lead Plaintiff Tracy Tripp and co-Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz (*pro hac vice* to be filed)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for co-Lead Plaintiff Tracy Tripp*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2026, a copy of the foregoing Joint Motion Regarding Schedule for Filing Consolidated Complaint and Motion(s) For Dismissal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Brad A. Catlin*
Brad A. Catlin
Williams Law Group, LLC
1101 N. Delaware Street
Indianapolis, IN 46202
Phone: (317) 633-5270
Fax: (317) 426-3348

4