# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| JOHN THOMAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON, <br><br> Defendants. | Case No.: 1:25-cv-02299-JRO-MG |

## [PROPOSED] ORDER

The Court, having reviewed the Joint Motion Regarding Schedule for Filing Consolidated Complaint and Motion(s) to Dismiss and being duly advised, hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that (i) Plaintiffs shall file a Consolidated Complaint on or before April 27, 2026; (ii) Defendants shall file answer(s) or motion(s) to dismiss the Consolidated Complaint on or before June 26, 2026; (iii) Plaintiffs shall file opposition brief(s) to any motion(s) to dismiss on or before August 25, 2026; and (iv) Defendants shall file reply brief(s) in support of any motion(s) to dismiss on or before October 9, 2026.

**IT IS SO ORDERED** this _____ day of _____, 2026.

_____
Hon. Justin R. Olson
United States District Judge
Southern District of Indiana

Service on all ECF-registered counsel via email generated by the Court's ECF system.