**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN THOMAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIX PHARMACEUTICALS LTD., CHRISTIAN P. BEHRENBRUCH, DARREN SMITH, and KYAHN WILLIAMSON,<br><br>Defendants. | Case No.: 1:25-cv-02299-JRO-MG |

**ORDER**

The Court, having reviewed the Joint Motion Regarding Schedule for Filing Consolidated Complaint and Motion(s) to Dismiss and being duly advised, hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that (i) Plaintiffs shall file a Consolidated Complaint on or before April 27, 2026; (ii) Defendants shall file answer(s) or motion(s) to dismiss the Consolidated Complaint on or before June 26, 2026; (iii) Plaintiffs shall file opposition brief(s) to any motion(s) to dismiss on or before August 25, 2026; and (iv) Defendants shall file reply brief(s) in support of any motion(s) to dismiss on or before October 9, 2026.

**IT IS SO ORDERED**.

Date: 3/4/2026

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Service on all ECF-registered counsel via email generated by the Court's ECF system.