**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TRACY TRIPP and SONG CHEE TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TELIX PHARMACEUTICALS LTD. and CHRISTIAN P. BEHRENBRUCH,<br><br>Defendants. | Case No.: 1:25-cv-02299-JRO-MG<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants Telix Pharmaceuticals Ltd. and Christian P. Behrenbruch ("Defendants"), pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, hereby move to dismiss the Consolidated Class Action Complaint (Dkt. 47) with prejudice.[1] In support of this Motion, Defendants submit an accompanying Memorandum of Law.

Dated: June 26, 2026

Respectfully submitted,

By: /s/ *Nilofer Umar*

Jacob V. Bradley
Lucy R. Dollens
QUARLES & BRADY LLP
135 N. Pennsylvania St., Suite 2400
Indianapolis, IN 46204
Telephone: (317) 957-5000

[1] The Parties have agreed to amend the case caption as reflected above to conform to the Consolidated Class Action Complaint, which asserts claims on behalf of Co-Lead Plaintiffs Tracy Tripp and Song Chee Tan against only two Defendants, Telix Pharmaceuticals Ltd. and Christian Behrenbruch.

Fax: (317) 957-5010
jacob.bradley@quarles.com
lucy.dollens@quarles.com

Nilofer Umar (*pro hac vice*)
Heather Benzmiller Sultanian (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
numar@sidley.com
hsultanian@sidley.com

*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 26, 2026, a copy of the foregoing Motion to Dismiss was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*<u>/s/ Nilofer Umar</u>*
Nilofer Umar (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
numar@sidley.com